## MATTHEW SALEMME *v.* TOWN OF SEYMOUR

The plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 464 (AC 21311), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the savings clause of General Statutes § 13a-149 did not apply to the plaintiff's notice?"

The Supreme Court docket number is SC 16689.

*Steven P. Kulas,* in support of the petition.

*John P. Calabrese,* in opposition.

Decided February 14, 2002

## STATE OF CONNECTICUT *v.* MARTIN CONDE

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 474 (AC 21406), is denied.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided February 14, 2002